UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-06132-MRA-ACCV | Date | October 21, 2026 |
| Title | *Malina Cardo v. Facility Administrator, Adelanto ICE Processing Center et al.* | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Priscilla Deason for Melissa H. Kunig | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER [2]**

On October 16, 2026, Petitioner Eva Malina Cardo ("Petitioner"), proceeding *pro se*, filed a Petition for Writ of Habeas Corpus, ECF 1, and a Motion for Temporary Restraining Order, ECF 2. Petitioner is currently detained by Immigration and Customs Enforcement ("ICE") and seeks a TRO ordering her immediate release. *Id.* at 1.

The Court issued General Order No. 26-05 to facilitate the expedited resolution of the influx of petitions for writs of habeas corpus filed by those in immigration detention. ECF 5. Pursuant to Section 2 of the General Order, the Court set a briefing schedule for the Petition: Respondents' answer is due by October 23, 2026, and Petitioner's reply is due no later than 14 days after the answer is served. *Id.* In light of the expedited briefing schedule on the underlying habeas petition, the Court is not convinced that emergency relief is necessary, as any delay that may result from awarding Petitioner relief based on the habeas petition alone would be brief. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief"). Consistent with Section 3 of the General Order, the Court will deny any renewed motion that fails to provide a specific showing that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Accordingly, Petitioner's TRO Application is **DENIED** without prejudice**.** The Court **ORDERS** Respondents to personally serve this Order on Petitioner within **24 hours** of this Order. Proof of service shall be filed no later than **October 26, 2026**. Proceedings on the merits of Petitioner's underlying Petition will continue before the Magistrate Judge.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-06132-MRA-ACCV | Date | October 21, 2026 |
| Title | *Malina Cardo v. Facility Administrator, Adelanto ICE Processing Center et al.* | | |

- : -

Initials of Deputy Clerk Pd/mku